# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:05CR00030-2 |
| v. | ) **JUDGMENT** |
| | ) |
| JONATHAN CRAIG SINGLETON, | ) By: James P. Jones |
| | ) United States District Judge |
| Defendant. | ) |

For the reasons stated in the opinion accompanying this final judgment, it is **ADJUDGED AND ORDERED** as follows:

1. The Report of the magistrate judge and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion to Dismiss filed by the government is GRANTED;

3. The Motion to Vacate, Set Aside, or Correct Sentence filed by the defendant is DENIED; and

4. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: November 12, 2010

/s/ JAMES P. JONES
United States District Judge